UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-01614 |
| | § | |
| DERRICK J. PHILIPS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,504.00 | Assets Exempt: | $60,436.15 |
| Total Distributions to Claimants: | $1,611.22 | Claims Discharged Without Payment: | $51,937.22 |
| Total Expenses of Administration: | $616.63 | | |

3) Total gross receipts of $4,757.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,529.15 (see **Exhibit 2**), yielded net receipts of $2,227.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $616.63 | $616.63 | $616.63 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $52,709.71 | $20,772.44 | $20,772.44 | $1,611.22 |
| **Total Disbursements** | $52,709.71 | $22,026.57 | $21,389.07 | $2,227.85 |

4). This case was originally filed under chapter 7 on 01/20/2016. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2017                By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2016 Tax Refund | 1224-000 | $2,757.00 |
| Preferential repayment of loan from Debtor's friend | 1241-000 | $2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,757.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DERRICK PHILIPS | Funds to Third Parties | 8500-002 | $2,529.15 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,529.15** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $556.96 | $556.96 | $556.96 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $57.10 | $57.10 | $57.10 |
| Green Bank | 2600-000 | NA | $2.57 | $2.57 | $2.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $616.63 | $616.63 | $616.63 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $9,456.00 | $9,934.14 | $9,934.14 | $770.55 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Simmons Bank | 7100-900 | $4,789.71 | $4,969.68 | $4,969.68 | $385.47 |
| 3 | American Express Centurion Bank | 7100-900 | $2,726.00 | $2,963.58 | $2,963.58 | $229.87 |
| 4 | Capital One NA | 7100-900 | $147.00 | $397.22 | $397.22 | $30.81 |
| 5 | Synchrony Bank | 7100-900 | $548.00 | $227.04 | $227.04 | $17.61 |
| 6 | Comenity Capital Bank/Paypal Credit | 7100-900 | $1,569.00 | $1,546.55 | $1,546.55 | $119.96 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $698.00 | $734.23 | $734.23 | $56.95 |
| | Bank of America | 7100-000 | $2,495.00 | $0.00 | $0.00 | $0.00 |
| | Best Buy | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
| | Best Buy | 7100-000 | $468.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $12,168.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $11,716.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $1,608.00 | $0.00 | $0.00 | $0.00 |
| | Presence Behavioral Health | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |
| | Rent Recover of Better NOI LLC | 7100-000 | $113.00 | $0.00 | $0.00 | $0.00 |
| | Rosecrance Inc. | 7100-000 | $420.00 | $0.00 | $0.00 | $0.00 |
| | Sullivan, Taylor & Gumina | 7100-000 | $3,258.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,709.71 | $20,772.44 | $20,772.44 | $1,611.22 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-01614 | | Trustee Name: | David Leibowitz |
| Case Name: | PHILIPS, DERRICK J. | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 11/2/2017 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 10/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2006 Kia Optima 158,000 MILES Fair to poor condition | $2,945.00 | $0.00 | | $0.00 | FA |
| 2  5 rooms of furniture. 2 bedroom sets. Living room set. Typical used furniture, furnishings and decor. | $3,540.00 | $0.00 | | $0.00 | FA |
| 3  Golf clubs used | $50.00 | $50.00 | | $0.00 | FA |
| 4  One man's clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Household Cat | $0.00 | $0.00 | | $0.00 | FA |
| 6  Cash | $62.00 | $0.00 | | $0.00 | FA |
| 7  Checking US Bank | $2,307.00 | $0.00 | | $0.00 | FA |
| 8  Education IRA | $6,482.00 | $0.00 | | $0.00 | FA |
| 9  IRA (u) | $4,972.00 | $0.00 | | $0.00 | FA |
| 10 403b with employer (u) | $37,253.00 | $0.00 | | $0.00 | FA |
| 11 Preferential repayment of loan from Debtor's friend (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| **Asset Notes:** Pursuant to settlement (docket #34), Debtor paid $200, with remaining $1800.00 balance paid from 2016 tax refund (see asset 12). | | | | | |
| 12 2016 Tax Refund (u) | $0.00 | $227.85 | | $2,757.00 | FA |
| **Asset Notes:** Debtor's Pro-Rated Portion of $4557.00 tax refund was $4329.15; however, $1800 was applied to remaining balance owed on preference settlement (asset 11), per order at docket #34, and Debtor received net amount of $2529.15. | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$58,611.00     $2,277.85     $4,757.00     $0.00

**Major Activities affecting case closing:**

06/29/2017    2017 Reporting Period:
            Ready for TFR. Estate liquidated

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 16-01614 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PHILIPS, DERRICK J. | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 11/2/2017 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 10/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2016    2016 Reporting Period:

Initial 341 interview was not conducted until 5/21/16.

Asset case - $2000.00 preferential payment to Debtor's friend.  Debtor to settle personally in installments of $200.00 per month (final payment due 4/30/17).

Motion to settle per 9019 to be filed.

| Initial Projected Date Of Final Report (TFR): | 06/30/2017 | Current Projected Date Of Final Report (TFR): | 09/30/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01614 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PHILIPS, DERRICK J. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7189 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Philips, Derrick |
| For Period Beginning: | 1/20/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/22/2016 | (11) | DERRICK PHILIPS | Settlement of preferential repayment of loan | 1241-000 | $200.00 | | $200.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.09 | $199.91 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.33 | $199.58 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.30 | $199.28 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $198.97 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.32 | $198.65 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.32 | $198.33 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.28 | $198.05 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.34 | $197.71 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.28 | $197.43 |
| 05/15/2017 | | US Treasury | Income Tax Refund | * | $4,557.00 | | $4,754.43 |
| | {12} | | Estate Portion - 2016 Income Tax Refund   $227.85 | 1224-000 | | | $4,754.43 |
| | {11} | | Income Tax Refund - Portion Applied to   $1,800.00 Satisfy Preference Recovery | 1241-000 | | | $4,754.43 |
| | {12} | | Debtor's Pro-Rated Portion of 2016 Tax   $2,529.15 Refund (net of $1800 applied against balance due on preference settlement) | 1280-002 | | | $4,754.43 |
| 05/17/2017 | 3001 | DERRICK PHILIPS | Debtor's portion of 2016 Federal Income Tax Refund | 8500-002 | | $2,529.15 | $2,225.28 |
| 10/19/2017 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $57.10 | $2,168.18 |
| 10/19/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $556.96 | $1,611.22 |
| 10/19/2017 | 3004 | Discover Bank | Claim #: 1; Amount Claimed: $9,934.14; Distribution Dividend: 7.76%; | 7100-900 | | $770.55 | $840.67 |
| 10/19/2017 | 3005 | Simmons Bank | Claim #: 2; Amount Claimed: $4,969.68; Distribution Dividend: 7.76%; | 7100-900 | | $385.47 | $455.20 |
| 10/19/2017 | 3006 | American Express Centurion Bank | Claim #: 3; Amount Claimed: $2,963.58; Distribution Dividend: 7.76%; | 7100-900 | | $229.87 | $225.33 |
| 10/19/2017 | 3007 | Capital One NA | Claim #: 4; Amount Claimed: $397.22; Distribution Dividend: 7.76%; | 7100-900 | | $30.81 | $194.52 |
| | | | **SUBTOTALS** | | $4,757.00 | $4,562.48 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01614 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PHILIPS, DERRICK J. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7189 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Philips, Derrick |
| For Period Beginning: | 1/20/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/19/2017 | 3008 | Synchrony Bank | Claim #: 5; Amount Claimed: $227.04; Distribution Dividend: 7.76%; | 7100-900 | | $17.61 | $176.91 |
| 10/19/2017 | 3009 | Comenity Capital Bank/Paypal Credit | Claim #: 6; Amount Claimed: $1,546.55; Distribution Dividend: 7.76%; | 7100-900 | | $119.96 | $56.95 |
| 10/19/2017 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $734.23; Distribution Dividend: 7.76%; | 7100-900 | | $56.95 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $4,757.00 | $4,757.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $4,757.00 | $4,757.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $4,757.00 | $4,757.00 | |

| For the period of 1/20/2016 to 11/2/2017 | | For the entire history of the account between 08/22/2016 to 11/2/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,227.85 | Total Compensable Receipts: | $2,227.85 |
| Total Non-Compensable Receipts: | $2,529.15 | Total Non-Compensable Receipts: | $2,529.15 |
| Total Comp/Non Comp Receipts: | $4,757.00 | Total Comp/Non Comp Receipts: | $4,757.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,227.85 | Total Compensable Disbursements: | $2,227.85 |
| Total Non-Compensable Disbursements: | $2,529.15 | Total Non-Compensable Disbursements: | $2,529.15 |
| Total Comp/Non Comp Disbursements: | $4,757.00 | Total Comp/Non Comp Disbursements: | $4,757.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-01614 |
| Case Name: | PHILIPS, DERRICK J. |
| Primary Taxpayer ID #: | **-***7189 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/20/2016 |
| For Period Ending: | 11/2/2017 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1401 |
| Account Title: | Philips, Derrick |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,757.00 | $4,757.00 | $0.00 |

**For the period of 1/20/2016 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,227.85 |
| Total Non-Compensable Receipts: | $2,529.15 |
| Total Comp/Non Comp Receipts: | $4,757.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,227.85 |
| Total Non-Compensable Disbursements: | $2,529.15 |
| Total Comp/Non Comp Disbursements: | $4,757.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2016 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,227.85 |
| Total Non-Compensable Receipts: | $2,529.15 |
| Total Comp/Non Comp Receipts: | $4,757.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,227.85 |
| Total Non-Compensable Disbursements: | $2,529.15 |
| Total Comp/Non Comp Disbursements: | $4,757.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ